UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT THOMAS, SCOTT PATRICK HARRIS, MICHAEL BELL, SANDRA PALUMBO, FRANK KARBARZ, and THOMAS DAVIS on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>LENNOX INDUSTRIES INC.<br><br>  Defendant. | Case No: 13 CV 7747<br><br>Hon. Sara L. Ellis |

**AGREED MOTION FOR AN EXTENSION OF TIME
TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND
TO RESET PRELIMINARY APPROVAL HEARING**

  Plaintiffs, Robert Thomas, Scott Patrick Harris, Michael Bell, Sandra Palumbo, Frank Karbarz, and Thomas Davis, on behalf of themselves and all others similarly situated (hereinafter referred to as "Plaintiffs"), and Defendant Lennox Industries Inc. ("Lennox") respectfully move this Court for an extension of time up to and including June 11, 2015, for Plaintiffs to file a motion for preliminary approval of class settlement and to reset the preliminary approval hearing to June 18, 2015. In support thereof, the parties state as follows:

  1.  On April 16, 2015, the Court granted the Plaintiffs' agreed motion for an extension of time to file the motion for preliminary approval of the class settlement and to reset the preliminary approval hearing. The Plaintiffs were given until May 21, 2015 to file the motion for preliminary approval of the class settlement and the Court reset the preliminary approval hearing to May 28, 2015.

  2.  Since the filing of Plaintiffs' agreed motion, the parties have worked diligently to prepare and execute a comprehensive class action settlement agreement. The parties have

completed confirmatory discovery and have finalized all document productions. Additionally, the parties completed the deposition of Lennox's corporate representative. The parties have nearly finalized the Stipulation and Agreement of Settlement.

3. The parties, however, request an additional 21 days to finalize the Stipulation and Agreement of Settlement. Completion of this step is necessary before Plaintiffs are able to file a motion for preliminary approval of the class settlement.

4. This motion is made in good faith and not for purposes of delay.

WHEREFORE, the parties request that the Court grant this agreed motion and permit the parties an additional 21 days, or until June 11, 2015, for Plaintiffs to file their motion for preliminary approval of class settlement and reset the preliminary approval hearing to June 18, 2015.

| | |
|---|---|
| Dated: May 21, 2015 | Respectfully submitted, |
| ROBERT THOMAS, et al.,<br>Class Representative Plaintiffs | LENNOX INDUSTRIES INC. |
| /s/ Jeffrey A. Leon<br>Jeffrey A. Leon<br>Jamie E. Weiss<br>Zachary A. Jacobs<br>QUANTUM LEGAL LLC<br>513 Central Avenue, Suite 300<br>Highland Park, Illinois 60035<br>(847) 433-4500 | /s/ Norman K. Beck<br>Timothy J. Rooney<br>Norman K. Beck<br>Jared L. Hasten<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600<br>nbeck@winston.com |
| Richard J. Burke<br>QUANTUM LEGAL LLC<br>1010 Market Street<br>Suite 1310<br>St. Louis, MO 63101 | Robert Elkin (*pro hac vice*)<br>Rosemary T. Snider (*pro hac vice*)<br>MCKOOL SMITH P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>(214) 978-4000 |
| Jonathan Shub<br>KOHN SWIFT AND GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, Pennsylvania 19107<br>(215) 238-1700 | Eric B. Halper (*pro hac vice*)<br>MCKOOL SMITH P.C.<br>One Bryant Park, 47th Floor<br>New York, NY 10036 |
| *Attorneys for Plaintiffs<br>and Proposed Classes* | Heather Ann McConnell (*pro hac vice*)<br>Lori Suzanne Karam (*pro hac vice*)<br>MCKOOL SMITH P.C.<br>300 W. 6th Street<br>Suite 1700<br>Austin, TX 78701<br>*Counsel for Lennox Industries Inc.* |

## CERTIFICATE OF SERVICE

       The undersigned attorney hereby certifies that the **Agreed Motion for an Extension of Time to File Motion for Preliminary Approval of Class Settlement and to Reset Preliminary Approval Hearing** was served on May 21, 2015 in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                   /s/ Norman K. Beck