UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT THOMAS, SCOTT PATRICK HARRIS, MICHAEL BELL, SANDRA PALUMBO, FRANK KARBARZ, and THOMAS DAVIS on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>LENNOX INDUSTRIES INC.<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No: 13 CV 7747<br>)<br>)　Hon. Sara L. Ellis<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT**

Defendant Lennox Industries Inc., pursuant to Local Rule 83.17, by its attorneys, respectfully requests that the Court permit Norman K. Beck to withdraw as counsel for Defendant. In support of this request, Defendant states as follows:

1. Norman K. Beck of Winston & Strawn LLP originally filed an appearance in this action on behalf of Defendant Lennox Industries Inc.

2. Norman K. Beck, pursuant to Local Rule 83.17 seeks to withdraw as counsel for the Defendant, and substitute Matthew R. Carter of Winston & Strawn LLP as counsel for the Defendant with respect to this matter.

3. Mr. Carter has filed his appearance contemporaneously with the filing of this Substitution of Counsel.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court issue an order permitting Mr. Beck to withdraw as counsel for the Defendant in this case.

Dated: September 29, 2015

Respectfully submitted,

LENNOX INDUSTRIES INC.

/s/  Norman K. Beck
Timothy J. Rooney
Norman K. Beck
Jared L. Hasten
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600
nbeck@winston.com


*Counsel for Lennox Industries Inc.*

## CERTIFICATE OF SERVICE

       The undersigned attorney hereby certifies that the **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT** was served on all counsel of record on September 29, 2015 in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

       /s/ Norman K. Beck