**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT THOMAS, SCOTT PATRICK HARRIS, MICHAEL BELL, SANDRA PALUMBO, FRANK KARBARZ, and THOMAS DAVIS on behalf of Themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LENNOX INDUSTRIES, INC., <br><br> Defendant. | CASE NO.: 1:13-cv-07747 <br><br> Hon. Sara L. Ellis |

**PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF THE CLASS SETTLEMENT**

Plaintiffs Robert Thomas, Scott Patrick Harris, Michael Bell, Sandra Palumbo, Frank Karbarz, and Thomas Davis, on behalf of themselves and all others similarly situated (hereinafter referred to as "Plaintiffs"), respectfully ask this Court to grant final approval of the class action settlement in the above captioned action because the settlement is fair, reasonable and adequate and in full accord with all applicable Supreme Court and Seventh circuit precedent. The fairness, reasonableness and adequacy of the settlement is detailed in the memorandum in support filed contemporaneously herewith (it currently is filed as an exhibit to Plaintiffs' motion to file an oversized memorandum in support).

WHEREFORE, for the reasons stated herein and in the memorandum in support of this final approval motion, Plaintiffs respectfully request that their motion be granted.

1

Dated: November 4, 2015					Respectfully Submitted,

ROBERT THOMAS, et al., Representative Plaintiffs

/s/ Jeffrey A. Leon
Jeffrey A. Leon
Jamie E. Weiss
Zachary A. Jacobs
QUANTUM LEGAL LLC
513 Central Avenue, Suite 300
Highland Park, Illinois 60035
(847) 433-4500
jeff@qulegal.com
Jamie@qulegal.com
Zachary@qulegal.com

Richard J. Burke
QUANTUM LEGAL LLC
1010 Market Street, Suite 1310
St. Louis, MO 63101
richard@qulegal.com

Jonathan Shub
KOHN SWIFT AND GRAF, P.C. One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
(215) 238-1700
jshub@kohnswift.com

Attorneys for Plaintiffs and Proposed Classes

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the following document:

    PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE
    CLASS SETTLEMENT

was served on November 4, 2015, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                        /s/ Jeffrey A. Leon
                                        Jeffrey A. Leon