**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT THOMAS, SCOTT PATRICK HARRIS, MICHAEL BELL, SANDRA PALUMBO, FRANK KARBARZ, and THOMAS DAVIS on behalf of Themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LENNOX INDUSTRIES, INC., <br><br> Defendant. | CASE NO.: 1:13-cv-07747 <br><br> Hon. Sara L. Ellis |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVERSIZED
MEMORANDUM IN SUPPORT OF THEIR MOTION FOR
<u>FINAL APPROVAL OF THE CLASS SETTLEMENT</u>**

Plaintiffs Robert Thomas, Scott Patrick Harris, Michael Bell, Sandra Palumbo, Frank Karbarz, and Thomas Davis, on behalf of themselves and all others similarly situated (hereinafter referred to as "Plaintiffs"), move for leave to file an oversized memorandum in support of their motion for final approval of the class settlement which exceeds the 15-page limit set by Northern District of Illinois Local Rule 7.1. In support of this request, Plaintiffs state as follows:

1. As set by this Court's order of October 16, 2015 [D.E. 92], Plaintiffs are to file their motion for final approval of the proposed class action settlement by November 4, 2015.

2. Plaintiffs have filed their motion in compliance with the October 16, 2015 order, and further seek leave to file an oversized memorandum in support of that motion. Plaintiffs proposed oversized memorandum and a complete set of exhibits thereto is attached as exhibit A.

1

3.     The length of Plaintiffs' memorandum in support of their motion for final approval of the class settlement is necessary to fully articulate the contours of the settlement agreement between the parties, and to address the numerous factors that the Seventh circuit requires this Court to consider during the course of final approval proceedings.

4.     Plaintiffs have presented the positions in their memorandum as efficiently as possible; however, the extra pages are necessary to fully explain the settlement and to fully address the factors relevant to final approval including complex matters of valuation.

WHEREFORE, pursuant to Local Rule 7.1, Plaintiffs request that the Court permit them to file their memorandum in support of their motion for preliminary approval of the class settlement that is 52 pages in length.

Dated: November 4, 2015

Respectfully Submitted,

ROBERT THOMAS, et al., Representative Plaintiffs

/s/ Jeffrey A. Leon
Jeffrey A. Leon
Jamie E. Weiss
Zachary A. Jacobs
QUANTUM LEGAL LLC
513 Central Avenue, Suite 300
Highland Park, Illinois 60035
(847) 433-4500
jeff@qulegal.com
Jamie@qulegal.com
Zachary@qulegal.com

Richard J. Burke
QUANTUM LEGAL LLC
1010 Market Street, Suite 1310
St. Louis, MO 63101
richard@qulegal.com

Jonathan Shub
KOHN SWIFT AND GRAF, P.C. One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
(215) 238-1700
jshub@kohnswift.com

Attorneys for Plaintiffs and Proposed Classes

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the following document:

> PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVERSIZED MEMORANDUM IN SUPPORT OF THEIR MOTION FOR FINAL APPROVAL OF THE CLASS SETTLEMENT

was served on November 4, 2015, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Jeffrey A. Leon
Jeffrey A. Leon